# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                   Chapter 13

                                                   Bankruptcy No. 19-10625-ELF

        FRAN A ROSENSTOCK

        421 SPRUCE STREET

        PHILADELPHIA, PA 19106

              Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      FRAN A ROSENSTOCK

      421 SPRUCE STREET

      PHILADELPHIA, PA 19106

Counsel for debtor(s), by electronic notice only.

      BRANDON J. PERLOFF
      KWARTLER MANUS LLC
      1429 WALNUT STREET  STE 701
      PHILADELPHIA, PA 19102-

                                                            /S/ William C. Miller

Date: 6/7/2019                                         _____

                                                             William C. Miller, Esquire
                                                             Chapter 13 Standing Trustee