Stip terms outside plan confirmation 8/6/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Fran A. Rosenstock aka Fran A. Engelbach<br>Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>Movant<br>vs. | NO. 19-10625 ELF |
| Fran A. Rosenstock aka Fran A. Engelbach<br>Debtor | |
| William C. Miller Esq.<br>Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearages referenced in the motion have been cured, and Debtor(s) is/are current on post-petition loan payments through April 26, 2019.

2. Debtor(s) shall make the May 26, 2019 payment in the amount of $552.26 by June 25, 2019;

3. Debtor(s) shall maintain post-petition contractual monthly loan payments due to Movant going forward, beginning with the payment due June 26, 2019 in the amount of $552.26.

4. In the event that the payments under Section 2 above are not tendered, the Movant shall notify Debtor(s) and Debtor(s) attorney of the default in writing and the Debtor(s) may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

6. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the vehicle and applicable law.

Date: June 12, 2019                                    By: /s/ Rebecca A. Solarz, Esquire
                                                              Attorney for Movant

Date: 6/24/2019

_____
Brandon J. Perloff, Esquire
Attorney for Debtor

Date: 6/26/19

_____
William C. Miller, Esquire
Chapter 13 Trustee

LeRoy Etheridge

NO OBJECTION
*without prejudice to any
trustee rights and remedies.

Approved by the Court this 26th day of _____June_____, 2019. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank