# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:     **FRAN A. ROSENSTOCK,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No.  19-10625 ELF** |

## O R D E R

**AND NOW,** after a hearing held on **October 15, 2019** on the Motion to Dismiss Case filed by the Chapter 13 Trustee ("the Motion"), and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before October 22, 2019**.

2. The amended plan shall require that a sale of the Debtor's real property be completed by **February 28, 2020**.

3. The hearing on the Motion is **CONTINUED** to **March 17, 2020, at 1:00 p.m.**

**Date: October 15, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**