**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| Fran A. Rosenstock | : | |
| Debtor | : | BANKRUPTCY NO.: 19-10625-elf |

## CERTIFICATE OF SERVICE

I, Brandon Perloff, Esquire, do hereby certify that true and correct copies of the Debtor's First Amended Chapter 13 Plan have been served upon the following interested parties this 16th day of October, 2019.

cc:    **Via electronic mail:**
WILLIAM C. MILLER, Esq.ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ on behalf of Creditor Toyota Motor Credit Corporation
bkgroup@kmllawgroup.com

United States Trustee USTPRegion03.PH.ECF@usdoj.gov

MATTHEW CHRISTIAN WALDT on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Fran A. Rosenstock (via email)

**Via First Class Mail:**
Fran A. Rosenstock
421 Spruce Street
Philadelphia, PA 19106

Megan Harper, Esq.
City of Philadelphia Law & Revenue Unit
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102

Pamela Elchert Thurmond
Tax & Revenue Unit
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102

Nicole, Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

                                        Respectfully submitted,
                                        /s/ Brandon Perloff_____
                                        Brandon Perloff, Esq.
                                        Attorney for Debtor