United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Fran A. Rosenstock  
    Debtor

Case No. 19-10625-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Randi　　Page 1 of 1　　Date Rcvd: Oct 16, 2019  
　　　　　　　　　　　Form ID: pdf900　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.  
db        +Fran A. Rosenstock,   421 Spruce Street,   Philadelphia, PA 19106-3706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:  
      ANDREW M. LUBIN   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE  
        alubin@milsteadlaw.com,  bkecf@milsteadlaw.com  
      BRANDON J. PERLOFF   on behalf of Debtor Fran A. Rosenstock bperloff@kminjurylawyers.com,  
        kmecf1429@gmail.com,mhazlett@kminjurylawyers.com,KwartlerManusLLC@jubileebk.net  
      MATTHEW CHRISTIAN WALDT   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE  
        mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com  
      REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Motor Credit Corporation  
        bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                     TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    FRAN A. ROSENSTOCK,    :    Chapter 13
:
Debtor    :    Bky. No.  19-10625 ELF

# O R D E R

**AND NOW,** after a hearing held on **October 15, 2019** on the Motion to Dismiss Case filed by the Chapter 13 Trustee ("the Motion"), and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before October 22, 2019**.

2. The amended plan shall require that a sale of the Debtor's real property be completed by **February 28, 2020**.

3. The hearing on the Motion is **CONTINUED** to **March 17, 2020, at 1:00 p.m.**

Date: **October 15, 2019**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE