**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13** |
| **Fran A. Rosenstcock,** | : | |
|     **Debtor.** | : | **Bky No. 19-10625-elf** |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF COURTS:

Kindly withdraw the Application for Compensation and Notice thereof (docs #49 and #50) filed on September 12, 2019.   Thank you.

                                                                Respectfully submitted,

Date: 3/6/2020                                         /s/ Brandon Perloff, Esq
                                                                Brandon Perloff, Esquire
                                                                1429 Walnut Street, Suite 701
                                                                Philadelphia, PA 19102