United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 19-10625-elf
Fran A. Rosenstock                                          Chapter 13
            Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey          Page 1 of 2          Date Rcvd: Mar 18, 2020
                              Form ID: pdf900       Total Noticed: 23
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db             +Fran A. Rosenstock,    421 Spruce Street,    Philadelphia, PA 19106-3706
cr             +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,    c/o MATTHEW CHRISTIAN WALDT,    1 East Stow Road,
                Marlton, NJ 08053-3118
14292650        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
14266942       +Amex,   Correspondence/Bankruptcy,    PO Box 981540,   El Paso, TX 79998-1540
14266943       +Bank Of America,    4909 Savarese Circle,    FL1-908-01-50,   Tampa, FL 33634-2413
14266946       +Roger Fay, Esquire,    Milstead & Associates, LLC,    1 E. Stow Road,   Marlton, NJ 08053-3118
14266947      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Co,    Toyota Financial Services,    PO Box 8026,
                Cedar Rapids, IA 52408)
14287382       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
14322222       +Toyota Motor Credit Corp.,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14270117       +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,    c/o MATTHEW CHRISTIAN WALDT,
                Milstead & Associates LLC,    1 East Stow Road,    Marlton, NJ 08053-3118
14266948        U.S. Bank National Association,    c/o Bank of America, N.A.,    P.O. Box 31785,
                Tampa, Fl 33631-3785
14269956       +US Bank National Association,    c/o Matthew C. Waldt, Esquire,    Milstead & Associates, LLC,
                1 East Stow Road,   Marlton, NJ 08053-3118
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:46      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 19 2020 04:22:20      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14266944        E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:45      City of Philadelphia,
                Municipal Services Building,    1401 John F. Kennedy Blvd, 5th Floor,
                Philadelphia, PA 19102-1595
14361018       +E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:45
                City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
14284412        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 04:17:01      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14304815        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:16:58
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14271138       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:22:00
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
14266945       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:22:00      Pennsylvania Dept of Revenue,
                P.O. Box 280946,    Harrisburg, PA 17128-0946
14304768       +E-mail/Text: bncmail@w-legal.com Mar 19 2020 04:22:12      Select Medical,
                C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14380264       +E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:46      Water Revenue Bureau,
                Pamela Elchert Thurmond,    Tax & Revenue Unit,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA 19102-1613
                                                                                          TOTAL: 10
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                TOTALS: 0, * 1, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

```
Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2           User: Stacey              Page 2 of 2              Date Rcvd: Mar 18, 2020
                               Form ID: pdf900           Total Noticed: 23
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
          ANDREW M. LUBIN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
          alubin@milsteadlaw.com,  bkecf@milsteadlaw.com
          BRANDON J PERLOFF   on behalf of Debtor Fran A. Rosenstock bperloff@kmfirm.com,
          kmecf1429@gmail.com,mhazlett@kmfirm.com,KwartlerManusLLC@jubileebk.net
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
          mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          REBECCA ANN SOLARZ   on behalf of Creditor    Toyota Motor Credit Corporation
          bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                  TOTAL: 7
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **Chapter 13** |
| **FRAN A. ROSENSTOCK,** | : | |
| Debtor | : | **Bky. No.  19-10625 ELF** |

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
## APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

> (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

> (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **March 18, 2020**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**