**FRAN**ENGELBACH CASE 1910625

To whom it may concern –
    I know that the court never
reports info about a case
Recent investigation Mar. 3, 2025
by transunion – "Verified
as accurate" – Kindly send letter
to FRAN Engelbach
    170 S. 6th St. Apt 606
    Phl, Pa 19106
thank you for your courtesy – Fran
                                    Engelbach

MAR 1 9 2025