*Form 235* (3/23)–doc

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Fran A. Rosenstock ) | Case No. 19–10625–elf |
|    aka Fran A. Engelbach ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## Notice to debtor(s) in re: credit reporting

In reply to your letter, the Bankruptcy Court **does not report information** to any of the credit reporting agencies. The credit reporting agencies, however, collect information regarding bankruptcy cases directly from the court's **public** records. Bankruptcy petitions, schedules, and other documents are public records. Regardless of the disposition of your case (i.e., open, closed, discharged, dismissed, etc.) the credit reporting agencies can report your case on your credit report for up to ten years.

The Bankruptcy Court is unable to assist you with removing or correcting information listed on your credit report.

For more information, please visit the following webpage:
(https://www.paeb.uscourts.gov/credit–reporting–and–court–records)


Date: March 20, 2025

For The Court

Timothy B. McGrath
Clerk of Court